

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Dale and Lisa Turner, Appellants

No. 06-15-00087-CV       v.

Scott Asbjornson, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 2013-1940-A).  Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We further order that the appellants, Dale and Lisa Turner, pay all costs of this appeal.

RENDERED DECEMBER 16, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk